## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.** 23-8461-BER
_____

**UNITED STATES OF AMERICA**

v.

 **KEVIN FRANZ DOUGLAS,**

_____**Defendant.**_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✔ No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  ✔ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:   _____

MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY
District Court No.  A55010696
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:        (561) 820-8711
Fax:        (561) 820-8777
Email:     marton.gyires@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kevin Franz Douglas, | ) | Case No.  23-8461-BER |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 2, 2023_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) & (b)(2) | Previously removed alien found in the United States |

FILED BY____TM____D.C.

Sep 6, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ron Andersson, HSI TFO
*Printed name and title*

Attested to me by the applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1

Date: _____

Bruce E Reinhart  Digitally signed by Bruce E Reinhart
Date: 2023.09.07 08:38:06 -04'00'

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____    Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Ron Andersson, being duly sworn, depose and state as follows:

1.      I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and a Deportation Officer with Immigration and Customs Enforcement (ICE) and have been so employed for over seventeen years.  I am currently assigned to the HSI, West Palm Beach, Florida office. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Kevin Franz Douglas ("DOUGLAS") a citizen and national of Jamaica committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

3.      On or about September 1, 2023, at approximately 10:45 p.m., HSI and Border Patrol (BP) were notified by the Palm Beach County Sheriff's Office (PBSO) of a migrant landing at or near 11494 Turtle Beach Road, North Palm Beach, FL 33408.  HSI and BP agents responded and located a 15-foot single outboard vessel nearby on the beach.  PBSO had one subject in custody, an adult male Bahamian national.  The male subject claimed to have departed Freeport, Bahamas and that five other subjects accompanied him.  He claimed that the others went a different direction than he did when everyone departed the landed vessel.   HSI, BP K9 and PBSO Air Unit searched the area for absconders.  At around 4:00 a.m. on September 2, 2023 private security from a residential neighborhood was notified by local residents of three

suspicious people walking down the road.  The private security attempted to make contact with the three individuals but were ignored and the three subjects kept walking north on Jack Nicklaus Dr.  At approximately 4:45 a.m., while actively searching the area for migrants from the landing, PBSO made contact with the three individuals on Jack Nicklaus Dr., just north of the entrance to the neighborhood.   The individuals were two Haitian national females and one Jamaican national, later identified as Kevin Franz DOUGLAS.  All three individuals were transported to BP for processing.

4.     DOUGLAS was fingerprinted at the West Palm Beach Border Patrol Station, which produced a match with DOUGLAS's existing immigration records.  A review of those immigration records showed that on or about February 27, 2012, DOUGLAS was sentenced to 72 months' in Bureau of Prisons for a in violation of Title 21, United States Code, Section 846, conspiracy to possess with intent to distribute marijuana.  On or about September 21, 2015, DOUGLAS was ordered removed by an immigration judge. On or about October 29, 2015, DOUGLAS was removed from the United States and returned to Jamaica.   Records show that DOUGLAS is an alien who is a citizen and national of Jamaica.

5.     A record checks was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if DOUGLAS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that he obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for readmission into the United States as required by law.

6.     Based on the foregoing, I submit that probable cause exists to believe that on or about September 2, 2023, Kevin Franz DOUGLAS committed the offense of being a previously

removed alien found in the United States, in violation of Title 8, United States Code, Section

1326(a) & (b)(2).

_____
Ron Andersson
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P.
4(d) and 4.1 this _____ day of September 2023.

Bruce E
Reinhart

Digitally signed by Bruce E
Reinhart
Date: 2023.09.06 16:41:42
-04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   Kevin Franz Douglas

**Case No**:  23-8461-BER

Count #: 1

Illegal reentry into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(2)

**\* Max. Term of Imprisonment: 20 years**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: 3 years**
**\* Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**